**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jill J. THOMPSON; Wilbur L. Thompson, Claimants–Appellants,**

and

**1866.75 Board Feet and 11 Doors and Casings, More or Less, of Dipteryx Panamensis Imported from Nicaragua, Defendant.**

**No. 09–1113.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 2, 2009.

Decided: Sept. 22, 2009.

Jill J. Thompson, Wilbur L. Thompson, Appellants Pro Se. Stefan Dante Cassella, Natalie Ann Voris, Special Assistant United States Attorneys, Alexandria, Virginia, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jill and Wilbur Thompson appeal the district court's orders granting Plaintiff's motion for summary judgment, denying Appellants' motions to suppress and for sanctions, and denying leave to amend Appellants' answer. We have carefully reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thompson*, 587 F.Supp.2d 740 (E.D.Va.2008; entered Nov. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*